TOWN OF BLOOMFIELD, PETITIONER-RESPONDENT, v. THE ACADEMY OF MEDICINE OF NEW JERSEY, RE-SPONDENT-PETITIONER.

See same case below: 87 *N. J. Super.* 595.

*Messrs. Steelman, Lafferty, Rowe & McMahon,* and *Mr. John R. Weigel* for petitioner.

*Mr. Joseph D. Lintott* for respondent.

November 16, 1965. Granted.

JOSEPH BURDEN, PETITIONER-RESPONDENT, v. WAKE-FERN FOOD CORP., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for petitioner.

*Mr. Leslie S. Kohn* for respondent.

November 16, 1965. Denied.